

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DARRELL ROBERTS, | § | No. 08-14-00089-CR |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | 409th District Court |
| | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20030D01740) |
| Appellee. | § | |

## MEMORANDUM OPINION

Darrell Roberts is attempting to appeal his conviction of aggravated robbery. Finding that Appellant has not timely filed his notice of appeal, we dismiss the appeal for want of jurisdiction.

A timely notice of appeal is necessary to invoke this Court's jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex.Crim.App. 1996). The information provided to the Court reflects that sentence was imposed in open court on October 20, 2004. Appellant did not file a motion for new trial. Therefore, his notice of appeal was due to be filed on November 19, 2004, thirty days after the date sentence was imposed in open court. *See* TEX.R.APP.P. 26.2(a)(1). Appellant did not file his notice of appeal until March 3, 2014, more than nine years after the deadline. Accordingly, we dismiss the appeal for lack of jurisdiction.

GUADALUPE RIVERA, Justice

May 23, 2014

Before McClure, C.J., Rivera, and Rodriguez, JJ.

(Do Not Publish)